**This document was signed electronically on July 2, 2015, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: July 2, 2015**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 15-50926 AMK |
| | ) | |
| Gary Masucci | ) | |
| | ) | Chapter 13 |
| | ) | |
| | ) | |
| Debtor | ) | Judge Alan M. Koschik |

**Agreed Order Granting Motion to Disgorge Fees and Cancel Fee Agreement**

Now comes Amy L. Good, trial attorney for Daniel M. McDermott, United States Trustee for Region 9, and attorney David Lash, counsel for the Debtor Gary Masucci upon the *Motion to Disgorge Fees and Cancel Fee Agreement* ("Motion to Disgorge") filed in the above-referenced case and hereby agree as follows:

1. The United States Trustee's Motion to Disgorge is well taken as the Debtor's chapter 13 bankruptcy proceeding was dismissed. As a result, Mr. Lash agrees that he shall refund to the Debtor all fees paid by or on behalf of the Debtor within fourteen (14) days, and the related fee

agreement is hereby cancelled and deemed void.

2. David Lash further agrees to file with the court a certification of payment along with substantiating documentation also within fourteen (14) days of the entry of this order.

# # # #

Prepared by:

*/s/Amy L. Good*
Amy L. Good (0055572)
Trial Attorney
Office of the U.S. Trustee
U.S. Department of Justice
201 H. M. Metzembaum U.S. Courthouse
Suite 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 236

Agreed to by:

*/s/Harold A. Corzin*
Harold A. Corzin (0073100)
Chapter 7 trustee
304 N. Cleveland-Massilon Rd.
Akron, Ohio 44333

Agreed to by:

*/s/David L. Lash*
David L. Lash (0031571)
23811 Chagrin Blvd.
Suite 228
Beachwood, Ohio 44122
(216)-464-9950
davidlash@lashlaw.net

**Parties to be served:**

- David L Lash    davidlash@lashlaw.net
- Kenneth M Richards    krichards@lnlattorneys.com
- Keith Rucinski    efilings@ch13akron.com, krucinski@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov
   Harold Corzin    hcorzin@csu-law.com


Gary Masucci
4620 Leewood Road
Stow, Ohio 44224